UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PHL VARIABLE INSURNACE COMPANY, | CIVIL NO. 09-629 (MJD/JSM) |
| Plaintiff, | |
| v. | |
| BERNARD FIDEL 2007 IRREVOCABLE TRUST, et al., | |
| Defendants. | |

| | |
|---|---|
| PHL VARIABLE INSURNACE COMPANY, | CIVIL NO. 09-1923 (MJD/JSM) |
| Plaintiff, | |
| v. | |
| SIDNEY NACHOWITZ 2007 IRREVOCABLE TRUST, et al., | |
| Defendants. | |

| | |
|---|---|
| PHL VARIABLE INSURNACE COMPANY, | CIVIL NO. 09-1924 (MJD/JSM) |
| Plaintiff, | |
| v. | |
| CARMELLA DAMATO 2007 IRREVOCABLE TRUST, et al., | |
| Defendants. | |

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 10, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. The Pro Se Motion of Bruce Burns and Wholesale Life Insurance Brokerage, Inc. To Dismiss For Lack of Personal Jurisdiction [filed in Civil No. 09-629, Docket No. 93]; is dismissed as moot.

2. The Pro Se Motion of Bruce Burns and Wholesale Life Insurance Brokerage, Inc. To Vacate the Default Judgment and to Dismiss For Lack of Personal Jurisdiction [filed in Civil No. 09-1923, Docket No. 127]; is dismissed as moot.

3. The Pro Se Motion of Bruce Burns and Wholesale Life Insurance Brokerage, Inc. To Dismiss For Lack of Personal Jurisdiction [filed in Civil No. 09-1924, Docket No. 75] is dismissed as moot.

4. Bruce Burns may only file a motion on his own behalf.

5. Wholesale Life Insurance Brokerage, Inc. is required to retain legal counsel to proceed on its behalf.

Dated: March 1, 2011

 s/Michael J. Davis
MICHAEL J. DAVIS
Chief United States District Judge